IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAR-FRESHNER CORPORATION,<br><br>and<br><br>JULIUS SÄMANN LTD.,<br><br>              Plaintiffs,<br><br>v.<br><br>TD AUTO FINANCE LLC,<br><br>              Defendant. | Civil Action No.: 7:14-cv-00137-GLS-TWD |

**NOTICE OF DISMISSAL**

      PLEASE TAKE NOTICE that, Plaintiffs CAR-FRESHNER Corporation and Julius Sämann Ltd., by and through their undersigned counsel, hereby voluntarily dismiss the above-captioned action against Defendant TD Auto Finance LLC with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  This Notice of Dismissal is being filed with the Court prior to the filing or service of an answer or other responsive pleading by Defendant.  Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated:  June 3, 2014 | Respectfully Submitted,<br><br>By: *s/ Ashley D. Hayes*<br>    Ashley D. Hayes (Bar Roll 511333)<br>    100 Madison Street, Suite 1500<br>    Syracuse, New York 13202<br>    Tel:    (315) 565-4500<br>    Email:  ahayes@hancocklaw.com<br><br>    and |

Jonathan Z. King, Esq. (Bar Roll 509934)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
Tel:     (212) 790-9238
Email:  jzk@cll.com

*Attorneys for Plaintiffs*

{H2304909.1}

## CERTIFICATE OF SERVICE

  I, Ashley D. Hayes, one of the attorneys for the Plaintiffs in this action, do hereby certify that on June 3, 2014, I caused the foregoing Notice of Dismissal to be filed with the Clerk of the District Court using the CM/ECF system, which is believed to have sent notification of such filing to the following:

    Robert C. Earle    earle@fr.com

    Jennifer N. Scarpati   scarpati@mfr.com

Date: June 3, 2014       By: s/Ashley D. Hayes
              Ashley D. Hayes, Esq.

{H2304909.1}